[Civ. No. 5506. First Appellate District, Division One.—November 30, 1927.]

*FRED H. SAWYER, Appellant, v. SOUTHERN CALIFORNIA GAS COMPANY, Respondent.

FRED H. SAWYER, Appellant, v. ROBERT I. STEEN et al., Respondents.

*REPORTER'S NOTE.—Hearings were granted by the supreme court after judgment in the district court of appeal in the cases of *Sawyer* v. *Southern California Gas Co.* and *Brengle* v. *Steen*, and the opinions of the supreme court are reported in 206 Cal. 366 and 206 Cal. 377, respectively. No hearing was requested in the case of *Sawyer* v. *Steen* and the judgment, as affirmed herein by the district court of appeal, became final.

Earle M. Daniels and Julius V. Patrosso for Appellant.

E. W. Forgy, W. S. Taylor, O'Melveny, Millikin, Tuller & MacNeil and Thomas J. Reynolds for Respondents.

STROTHER, J., *pro tem.*—The facts in the above-entitled cases were in all essential elements the same as in the case of *Helen L. Brengle et al.* v. *Robert I. Steen et al.* (Civ. No. 5636), 206 Cal. 377, this day decided by this court. A nonsuit was granted as to the defendant Southern California Gas Company, but the case against Steen went to the jury, which returned a verdict in his favor. For the reasons stated in the case above referred to, the judgment of nonsuit in favor of the Southern California Gas Company is reversed and the judgment in favor of defendant Steen is affirmed.

Tyler, P. J., and Cashin, J., concurred.